IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-cv-00556

| | |
|---|---|
| KAREN SPEKTOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NOTICE OF APPEARANCE |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

Please enter the appearance of the following attorney on behalf of Defendant in the above-captioned matter:

Joseph Turner
Trial Attorney
U.S. Department of Justice
DC Bar No. 1766124
E-mail: Joseph.B.Turner@usdoj.gov
Telephone: (202) 436-6895
Fax: (202) 616-4473

Street Address:
1100 L Street NW, Ste.3512
Washington, DC 20005

U.S. Mail Address:[1]
P.O. Box 340, Ben Franklin Station
Washington, DC 20044

DATED this 17th day of June, 2025.

Respectfully submitted,

---

[1] All deliveries to the undersigned via U.S. Mail are significantly delayed due to security precautions. All materials should be sent via private delivery service to the street address above.

/s/ *Joseph Turner*
JOSEPH TURNER
Trial Attorney, Torts Branch
Environmental Torts Litigation Section
U.S. Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: Joseph.B.Turner@usdoj.gov
Telephone: (202) 436-6895
Fax: (202) 616-4473

Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2025, a copy of the foregoing Notice of Appearance was filed via the Court's ECF system and served on counsel of record through the ECF system.

>  */s/ Joseph B. Turner*
> JOSEPH B. TURNER